
FILED
CLERK, U.S. DISTRICT COURT

MAY 27 2021

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Faizul Islam DEFENDANT(S). | CASE NUMBER 2:21-MJ-2552 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __June 4__, __2021__, at __2:00__ ☐ a.m. / ☑ p.m. before the Honorable __Eick__, in Courtroom __750__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __5/27/21__

U.S. District Judge/Magistrate Judge